IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JOSEPH ROGER WATTS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D21-2298
LT Case Nos. 2003-CF-015413-A-O
2003-CF-015412-A-O

Decision filed August 30, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Gisela T. Laurent, Judge.

Joseph Roger Watts, Blountstown,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


SASSO, TRAVER and WOZNIAK, JJ., concur.